IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Daniel, James | Case Number: 06 B 15319 |
|---|---|---|
| | Daniel, Yuvette | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 11/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: May 8, 2008
Confirmed: January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,542.00 | |
| Secured: | | 3,869.86 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,084.00 |
| Trustee Fee: | | 276.14 |
| Other Funds: | | 312.00 |
| Totals: | 5,542.00 | 5,542.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Steven A Leahy | Administrative | 1,084.00 | 1,084.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 20,000.00 | 3,869.86 |
| 4. | Nicor Gas | Unsecured | 5,512.92 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 190.23 | 0.00 |
| 6. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 7. | Northwest Collectors | Unsecured | | No Claim Filed |
| | | | $ 26,787.15 | $ 4,953.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 68.55 |
| 5.4% | 194.07 |
| 6.5% | 13.52 |
| | $ 276.14 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Daniel, James  
　　　　　Daniel, Yuvette  
　　　　　Printed: 7/22/08

Case Number: 06 B 15319  
Judge: Wedoff, Eugene R  
Filed: 11/21/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

